# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>vs.<br><br>**RODNEY N. ROBINSON,**<br><br>        Defendant. | **8:13CB2**<br>**8:13CB3**<br>**8:13CB4**<br><br>**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

This application for an order for a Writ of Habeas Corpus Ad Prosequendum (Filing No. 18 in 8:13CB2) is granted.

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

Dated this 29th day of April, 2013.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken<br>
                                                United States Magistrate Judge